# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:10cr44

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Appellee, ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| ELIZABETH M. O'NAN. ) | |
| ) | |
| Appellant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Appellant's "Motion for Americans with Disabilities Act reasonable access provisions" [Doc. 6].

The Appellant Elizabeth M. O'Nan moves the Court for "assignment of a unique Email address to be used for electronic filings for documents" related to the appeal of her case. For grounds, the Appellant states that exposure to ink and paper "cause further injury and [exacerbate] her symptoms, such as mental confusion, cranial swelling associated with brain tumor, neurological pain, breathing problems, hearing and vision impairment, and fatigue." [Doc. 6].

The Court construes the Appellant's request as one for permission to file documents electronically with the Court. Pursuant to Section I.A.1 of the Administrative Procedures Governing Filing and Service by Electronic Means (revised Dec. 1, 2009), parties who are proceeding *pro se* are not permitted to file documents electronically. Accordingly, the requested relief cannot be granted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Appellant's "Motion for Americans with Disabilities Act reasonable access provisions" [Doc. 6] is **DENIED**.

**IT IS SO ORDERED**.

Signed: July 21, 2010

Dennis L. Howell
United States Magistrate Judge